IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-41419
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                                    Plaintiff-Appellee,

versus

MICHAEL DWIGHT RAVEN, also known as Red,

                                                    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-95-CR-10-ALL
_____

August 9, 2000

Before POLITZ, HIGGINBOTHAM, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Michael Dwight Raven ("Raven") appeals the sentence on remand based on his

conviction of one drug conspiracy count and four substantive counts of possession with

intent to distribute cocaine and cocaine base.  He contends that the district court erred

by applying the U.S.S.G. § 2D1.1(b)(1) adjustment for possessing a firearm in

connection with a drug offense.

_____

          [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Our review of the record persuades that the imposition of the § 2D1.1(b)(1) adjustment was not error.  See United States v. Vasquez, 161 F.3d 909, 912 (5th Cir. 1998).  The sentence is in all respects AFFIRMED.